

FILED

2022 JUN 28 PM 1: 43

CLERK U S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

Antonio-Luis: Freire,
authorized agent of
ANTONIO LUIS FREIRE,
C/O 1964 Arriba Drive
Monterey Park, California [91754]
Tonyfreire702@gmail.com
(702) 613-8612

# United States District Court
# for the Central District of California

| | | |
|---|---|---|
| Antonio-Luis: Freire authorized agent for<br>ANTONIO LUIS FREIRE<br>　　Claimant<br><br>vs.-<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT,<br><br>REGIONAL JUSTICE CENTER,<br><br>CLARK COUNTY DETENTION CENTER,<br><br>OFFICE OF THE DISTRICT ATTORNEY<br><br>DOES I through D (500),<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.:<br><br>LACV22-4412<br><br>CLAIM FOR DAMAGES |

# CLAIM FOR DAMAGES

1) I, Antonio-Luis: Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do affirm and attest under penalty of perjury and under my full commercial liability, that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading to the best of my abilities and integrity.

1

2) "DISCLAIMER:  Antonio-Luis: Freire has the knowledge of copyright laws and has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such a symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio-Luis: Freire freely admitting that Antonio-Luis: Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same.  Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio-Luis: Freire present understanding inheres from, and , due to the depth of the matter with which this controversy attempts to cover."  This is called Fair Use and is allowed for purposes of criticism, news reporting, teaching and parody which doesn't infringe on copyright under 17 USC 107"

3) Any claim of "immunity" which the government agents could possibly make is a fraud, because if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under the U.S. Constitution Article 2, Section 4, as well as 18 U.S.C. 241, 242, 42 U.S.C. 1983, 1985, 1986 and state constitutions as well as the Constitution for the United States of America.

4) Comes now Antonio-Luis: Freire hereinafter known as Antonio, a Natural Individual as defined by Nevada Revised Statute 0.039, by Special Appearance, for the purpose of settling all Claims and Charges outstanding, and who honorably file this CLAIM FOR DAMAGES in order to set off settle and close this account.

5) Antonio-Luis: Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in testimony and may be known through his written word when such is sworn under oath or affirmed and attested under penalty of perjury.

6) Antonio-Luis: Freire is claiming to be a Persona Propria Sui Juris litigant (Claimant); allegations such as those asserted by Claimant(s), however inartfully decreed, are sufficient… which we hold to less stringent standards than formal pleadings drafted by lawyers. Haines –vs.- Kerner, 404 U.S. 519 (Reversed & Remanded), and Woods –vs.- Carey,  525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona,  see Kay – vs.- Ehrler, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal

injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).

7) This is a self-executing contract. Notice to the principal is notice to the agent, notice to the agent is notice to the principal.  You are hereby bound to inform all of your superiors and subordinates involved in this matter and which may have future interactions with me or my person.  If there is something you do not understand clearly, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge or other competent legal counsel to immediately explain the significance of this instrument as per your duties and obligations in respect to this public formal instrument.  You have 3, three days from the receipt of this CLAIM FOR DAMAGES to respond on a point by point basis, via sworn Affidavit, under full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response and a complete nullity. If an extension of time is needed to properly answer, please request such in writing. Failure to respond will be deemed Nihil Dicit Tacit Acquiescence and constitutes agreement with the facts stated within the attached CLAIM FOR DAMAGES and as an acceptance of liability.  Traitors, Protestants, Liberals and Heretics take heed for I oppose your causes for I am a dignitary to assist the injured off of the battlefield.  I am a non-combatant and a man of peace.  I am one of the protected People and all agents of government are hereby assigned the title of fiduciary to me as such it is your and their duty to protect me as a high priority.   I am a man of good will.

8) The first thing I wish to make known is this process should have been done several years ago. It should be simple, I was arrested, the police did not follow due process, the case(s) should have been dismissed. Then I should have been able to go to a court of common law and sued he police for false arrest and we would have settled. Instead, the courts and America and the United States have been corrupted and I am left as a slave on American soil without any rights to my own body and person, which the "government" acts as if I have no rights. Look at my arrest record. How many times have I been arrested prior to conviction without Affidavit in Support of Warrant and a Bonafide Warrant? Yet on each of those times the Clark County Detention Center has taken me in against my will, without my consent. The Office of the District Attorney has continued to maliciously prosecute me with malice and forethought and deliberate indifference. Even when they "dismissed" the charges, many times they held me for up to a year, during which time they could bring back charges and prosecute me at a later date. Though I may not have been physically in jail, I was certainly less than free. The judges, who were entrusted to protect my rights sat back and did nothing of the sort. Those judges saw the docket. They knew these dockets were lacking the required paperwork and yet they did nothing. Our entire legal system is corrupt. Law enforcement, lawyers and

judges know the laws they enforce are only meant to be enforced against government agents, not the people, yet they continue to oppress the people through fraudulent enforcement of such laws without an injured party.

9) I am an American National in accordance with Title 8 Section 1101 (21). In have never been a U.S. citizen. How can I be a citizen of a corporation? It has all been a lie and all one has to do is look at the Federal Law which defines what the United States is; Title 28 Section 3002 (15), (a). I have relinquished my U.S. citizenship. I placed the Las Vegas Metropolitan Police Department and the Office of the District Attorney on legal notice of this several years ago.

10) It took me more than 7 years of continually working with a group of friends, every week learning more and drilling and practicing and still the police continue the cycle of enslavement, arresting me prior to conviction, taking me to jail instead of directly to a magistrate, and the system continues to prosecute me as long as they can, leaving me as nothing more than a slave. I hope the dollar amount is so massive that the collective corporations crumble and dissolve and all of their employees either go to prison or at least go broke. They have literally ruined my life without authority.

11) I have seen evidence that the Judiciary of this Lloyd D. George Federal Courthouse located at 333 Las Vegas Blvd. South Las Vegas, NV 89101 has issued illegal orders, unlawfully dismissing cases. Specifically the Judges, Magistrates and such titles acting as agents of the George D. Lloyd Courthouse have conspired with the Clerk(s) of the Court and others to deprive people of their right to be heard in violation of their Oath of Office, Employment Contract and multiple Federal and State Laws. In each and every case the Judge/ Magistrate and other such title did not sign the ORDER in ink, but rather electronically signed such documents. In most cases the Clerk of the Court did not initial such document but again electronically authenticated such. There was always the incorrect Seal of the Court. The seals presented were stamped and did not permeate the paper, the seals were in black ink instead of blue or purple ink and finally the seals were in all upper case lettering, instead of the required upper and lower case lettering.

12) I support Point #11 with the following cases, all of which were illegally dismissed and such is provable by each ORDER dismissing the case, which do not adhere to the requirements of Federal Laws. 2: 18-cv-000952-JAD-VCF (SAMUEL JOSEPH GIZZIE vs. LAS VEGAS METROPOLITAN POLICE DEPARTMENT), 2:16-cv-02693-JCM-CWH (RICHARD DALEY vs. CVS PHARMACY INC.), No. 2:17-cv-01623-APG-PAL (PHILLIP ALEXANDER who sued FARMERS INSURANCE. PHILLIP ALEXANDER V. PAUL BROWN FARMERS INSURANCE), 2: 17-cv-1560-JAD-CWH (DAVID FRAHN vs. DAVID LEE PHILLIPS Et Al), 2:16-cv-02435-RFB-VCF (Jackson Brown vs. THE STATE OF

4

NEVADA Et Al), 2:17-cv-01630-APG-PAL (Cecille Clement vs. PETER LIK GALLERIES).

13) I have been arrested by agents of the Las Vegas Metropolitan Police Department (hereinafter known as the LVMPD) more than 20 (TWENTY) times. I have a true, correct and authentic arrest report which I obtained from agents of the LVMPD which prove such is true.

14) I demanded the Sheriff Joseph Lombardo present me with the Affidavit in support of Warrant and a Bonafide Warrant for my arrest for each of these arrests. I have exhausted remedy and allowed agents of the LVMPD due process of law to prove the arrests were constitutional and lawful. The Sheriff and agents of the LVMPD went silent, ignored my requests or could not produce such documentation.

15) This false arrest report (not supported with Affidavit nor Warrant) has cost me housing, jobs and who knows how many other opportunities.

16) When it is proven, during an Evidentiary Hearing that an arrest was made without proper lawful paperwork (Affidavit in Support of Warrant and Bonafide Warrant for my arrest) each and every incident listed on the LVMPD arrest report shall be treated as Kidnapping in violation of Title 18 Section 1201, Bank Fraud in violation of Title 18 Section 1344 and /or Securities Fraud in violation of Title 18 Section 1348 and also in violation of State and Federal Laws as well as the State and Federal Constitution (The Constitution of the State of Nevada and The Constitution of the United States).

17) When it is proven, during an Evidentiary Hearing that an arrest was made without proper lawful paperwork (Affidavit in Support of Warrant and Bonafide Warrant for my arrest) then all agents of the LVMPD in conspiracy shall be fined $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) U.S.D. per count per agent in accordance with Title 18 Section 3571 Sentence of Fine.

18) Once it is proven that an arrest was made without the aforementioned proper lawful paperwork, agents of the Clark County Detention Center (hereinafter known as CCDC) shall be charged with Kidnapping in violation of Title 18 Section 1201, Bank Fraud in violation of Title 18 Section 1344 and /or Securities Fraud in violation of Title 18 Section 1348 and also in violation of State and Federal Laws as well as the State and Federal Constitution (The Constitution of the State of Nevada and The Constitution of the United States) therefore, they too shall be fined $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) U.S.D. per count per agent in accordance with Title 18 Section 3571 Sentence of Fine.

19) Once it is proven that an arrest was made without the aforementioned proper lawful paperwork, agents of the Regional Justice Center (hereinafter known as the RJC) shall be charged with malicious prosecution and conspiracy and due to the fact they continued to prosecute a case without the proper lawful paperwork, they too shall be charged with Kidnapping in violation of Title 18 Section 1201, Bank Fraud in violation of Title 18 Section 1344 and /or Securities Fraud in violation of Title 18 Section 1348 and also in violation of State and Federal Laws as well as the State and Federal Constitution (The Constitution of the State of Nevada and The Constitution of the United States) therefore, they too shall be fined $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) U.S.D. per count per agent in accordance with Title 18 Section 3571 Sentence of Fine.

20) Once it is proven that an arrest was made without the aforementioned proper lawful paperwork, agents of the Office of the District Attorney (hereinafter known as the ODA) shall be charged with malicious prosecution and conspiracy and due to the fact they continued to prosecute a case without the proper lawful paperwork, they too shall be charged with Kidnapping in violation of Title 18 Section 1201, Bank Fraud in violation of Title 18 Section 1344 and /or Securities Fraud in violation of Title 18 Section 1348 and also in violation of State and Federal Laws as well as the State and Federal Constitution (The Constitution of the State of Nevada and The Constitution of the United States) therefore, they too shall be fined $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) U.S.D. per count per agent in accordance with Title 18 Section 3571 Sentence of Fine.

21) Once it is proven that multiple predicate acts exist the Sentence of Fine shall be tripled in accordance with Racketeer Influenced and Corrupt Organizations Act (hereinafter known as RICO) all fines shall be tripled in accordance with said Act for each and every agent found to be in conspiracy.

22) Another reason I listed the RJC and CCDC as Defendants is the multiple arrests for Obstructive Uses of Public Sidewalks in violation of Clark County Code 16.11 (inclusive). In 1998 and in 2006 The Superior Courts (9th Circuit and U.S. Supreme Court) heard 3 relevant cases in which it was decided that law was overbroad and unconstitutional. Because of those cases the agents of CCDC and the agents of the RJC should have refused or dismissed all such cases with prejudice or risk being held in contempt of Federal Court. It was their duty to obey the decision of the superior courts (9th Circuit and Supreme).

    a. S.O.C., INC.; RICHARD SORRANO, HISSLBORO ENTERPRISES, INC., Plaintiffs- Appellants, and AMERICAN CIVIL LIBERTIES UNION, Interviewer-Appellant, v. COUNTY OF CLARK; LAS VEGAS METROPOLITAN POLICE DEPARTMENT 491 US 781, 791 (1998). states:

6

b. INC v. COUNTY OF CLARK S.O.C., INC.; Richard Soranno; Hillsboro Enterprises, Inc., Plaintiffs-Appellants, American Civil Liberties Union, Intervener-Appellant, v. COUNTY OF CLARK; Las Vegas Metro Police Department; Lorraine Hunt; Myrna Williams; Erin Kenney; Bruce Woodbury; Yvonne Atkinson Gates; Lance Malone; Mary Kincaid; Mirage Casino-Hotel, Defendants-Appellees, Nevada Resort Association; Flamingo Hilton Corporation; The Mirage Casino-Hotel; Circus Circus Enterprises,

c. Inc.; Las Vegas Convention and Visitors Authority, Interveners-Appellees. No. 97-15912. Argued and Submitted May 11, 1998. -- August 14, 1998 and/ or **ACLU OF Nevada v. City of Las Vegas 466 F.3rd 784 (2006).* 798 (citing Carey v. Brown, 447 U.S. 455, 461-62 (1980); Perry v. Los Angeles Police Dep't, 121 F.3d 1365,1368 (9th Cir. 1997». 52 ACLU of Nev. v. City of Las Vegas, 466 F.3d 784, 798 (9th Cir. 2006).

23) Notice I am not charging per violation of Federal Law. I believe each false arrest is a violation of no less than 15 Federal Laws. The monies I seek as damages is for each agent from each department (LVMPD, ODA, RJC and CCDC), for each time he or she falsely arrested me, multiplied by 3 (THREE) for R.I.C.O. violations and in accordance with Pacific Mutual Life Insurance Company vs. Cleopatra Haslip 499 U.S. 1, multiplied by an additional 4 (FOUR) times for compensatory damages and multiplied an additional 200 (TWO HUNDRED) for punitive damages. It is a Maxim of Law Minima paena corporalis est major qualibet pecuniari . The smallest bodily punishment is greater than any pecuniary one. 2 Inst. 220.

24) I am not claiming your agents broke laws with this document, though I hope criminal charges are levied against each of you, I am hereby claiming that each officer violated his oath of office and employment contract by arresting me and my person without authority and under conditions which amount to fraud and deceptive trade practices which therefore left me an injured and aggrieved party entitled to damages as set forth previously.

25) Due to the allegations listed above CLAIMANT seeks a Temporary Injunction against agents of the OVMPD, ODA, RJC and CCDC until such time as these allegations are proven in a court of law and then a Permanent Injunction against all agents of law enforcement unless there is a true proper grand jury indictment which produces a Bonafide Warrant for the arrest of my person. This amounts to Diplomatic Immunity.

26) I wish my arrest record be corrected to show only those arrests, which had the proper Affidavit in Support of Warrant and Bonafide Warrant for my arrest. On all arrests which do not have such I wish for remedy as though they never

happened. This includes taking my good name off any and all lists, which the government agents may have sold the aforementioned information to.

27) I hereby DEMAND that agents of the LVMPD, ODA, RJC and CCDC forevermore CEASE AND DESIST ALL UNLAWFUL ACTIONS AGAINST ME AND MY PERSON.

28) In accordance with Platsky vs. CIA United States Court of Appeals, Second Circuit Nov 24, 1991, 1953 F.2d 26 (2d Cir. 1991).  Reversing district court for dismissing pro se complaint for lack of standing without explaining formalities of pleading and affording pro se plaintiff an opportunity to replead.  I demand the Clerk of the Court and Judiciary assist me with paperwork as my fiduciary, as needed to verify my identity and legal and lawful status so I may enjoy the true highest status of my understanding as an American National, Secured Party Creditor.

29) VOID WHERE PROHIBITED BY LAW.

Honorably entered into the Court Record by:

Antonio-Luis: Freire
1964 Arriba Drive
Monterey Park, California [91754]
Tonyfreire702@gmail.com
(702) 613-8612

8

Antonio-Luis: Freire,
authorized agent of
ANTONIO LUIS FREIRE,
1964 Arriba Drive
Monterey Park, California [91754]
Tonyfreire702@gmail.com
(702) 613-8612

# United States District Court
# for the District of Nevada

| | | |
|---|---|---|
| Antonio-Luis: Freire authorized agent for | ) | |
| ANTONIO LUIS FREIRE | ) | |
|     Claimant | ) | CASE NO.: |
| | ) | 2:20-cv-0059-APG-EGY |
|     vs.- | ) | |
| | ) | |
| LAS VEGAS METROPOLITAN | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| REGIONAL JUSTICE CENTER, | ) | NOTICE |
| | ) | |
| CLARK COUNTY DETENTION CENTER, | ) | |
| | ) | |
| OFFICE OF THE DISTRICT ATTORNEY | ) | |
| | ) | |
| DOES I through D (500), | ) | |
|     Defendants | ) | |
| | ) | |

# NOTICE

1) I, Antonio-Luis: Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do affirm and attest under penalty of perjury and under my full commercial liability, that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading to the best of my abilities and integrity.

1

2) I have been more than patient waiting for the United States District Court for the District of Nevada to answer my request for waiver of filing fees and issue the Summonses for the aforementioned case. To my knowledge neither of those have happened to date. The absence of such is prima facie evidence of obstruction of justice (in violation of Federal Law) and prejudice (in violation of Canon of Law 2.2). All I want is my day in Court and I have been denied such by the Magistrates lack of action. I therefore have no other choice but to file my Claim for Damages in another jurisdiction.

3) At the time of filing I had been unemployed for more than 20 months due to illegal mandates of Governor Sisolak. Only the legislature could recommend such sanctions and then propose them to be signed into law by the Governor in accordance with the Nevada Constitution. However, the issue is that I was unemployed and did not have the filing fees and therefore a wavier of said fees was warranted and the Judges/ Magistrates involved in the controversy either intentionally with willful and wanton actions denied me my day in court or they did so out of negligence. In either case, I have no confidence in the Judiciary of the Judges/ Magistrates of the United States District Court for the District of Nevada with cause and hereby place them on legal and lawful NOTICE that I will change jurisdictions.

4) I have multiple predicate acts which will prove that the Judiciary of the United States District Court for the District of Nevada have violated their oaths of office, employment contracts, Canons of Law, Federal Laws and the rights of persons or People.

5) I respectfully demand this Honorable Court waive any and all fees due to 2 factors, 1) At the time of the original filing I had no monies and was entitled to such waiver and 2) In accordance with New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York, 2 Black 620 (1863) Please take mandatory notice (Federal Rules of Evidence 201(d)) that the Plaintiff (or in my case CLAIMANT) has a lawful right to proceed without cost, based upon the following law: The Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also Crandall v. Nevada, 6 Wall 35). Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v. Henkel) (201 U.S. 43).

6) I will present for the Courts inspection a Certificate of Live Birth from the State of California at the earliest possible time. I keep such record on my phone for identification purposes.

7) In accordance with Platsky vs. CIA United States Court of Appeals, Second Circuit Nov 24, 1991, 1953 F.2d 26 (2d Cir. 1991).  Reversing district court for dismissing pro se complaint for lack of standing without explaining formalities of pleading and affording pro se plaintiff an opportunity to replead.  I demand the Clerk of the Court and Judiciary assist me with paperwork as my fiduciary, as needed to verify my identity and legal and lawful status so I may enjoy the true highest status of my understanding as an American National, Secured Party Creditor.

8) VOID WHERE PROHIBITED BY LAW.

Honorably entered into the Court Record by:

Antonio-Luis: Freire
2853 Wheelwright Drive Apartment A
Las Vegas, Nevada [89121]
(702) 613-8612

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9505515070202168701411

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:09 am on June 21, 2022 in LAS VEGAS, NV 89101.

**USPS Tracking Plus®** Available ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 21, 2022 at 11:09 am
LAS VEGAS, NV 89101

**Get Updates** ⌄

---

**Text & Email Updates**                                                                 ⌄

---

**Tracking History**                                                                       ⌄

---

**USPS Tracking Plus®**                                                                   ⌄

---

**Product Information**                                                                    ⌄

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Antonio-Luis: Freire,
authorized agent of
ANTONIO LUIS FREIRE,
2853 WHEELWRIGHT DRIVE #A
Las Vegas, Nevada [89121]
Tonyfreire702@gmail.com
(702) 613-8612

# United States District Court
# for the District of Nevada

| | | |
|---|---|---|
| Antonio-Luis: Freire authorized agent for | ) | |
| ANTONIO LUIS FREIRE | ) | |
|     Claimant | ) | CASE NO.: |
| | ) | 2:20-cv-0059-APG-EGY |
|     vs.- | ) | |
| | ) | |
| LAS VEGAS METROPOLITAN | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| REGIONAL JUSTICE CENTER, | ) | CLAIM FOR DAMAGES |
| | ) | |
| CLARK COUNTY DETENTION CENTER, | ) | |
| | ) | |
| OFFICE OF THE DISTRICT ATTORNEY | ) | |
| | ) | |
| DOES I through D (500), | ) | |
|     Defendants | ) | |
| | ) | |

# CLAIM FOR DAMAGES

1) I, Antonio-Luis: Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do affirm and attest under penalty of perjury and under my full commercial liability, that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading to the best of my abilities and integrity.

1

2) "DISCLAIMER: Antonio-Luis: Freire has the knowledge of copyright laws and has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such a symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio-Luis: Freire freely admitting that Antonio-Luis: Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio-Luis: Freire present understanding inheres from, and , due to the depth of the matter with which this controversy attempts to cover." This is called Fair Use and is allowed for purposes of criticism, news reporting, teaching and parody which doesn't infringe on copyright under 17 USC 107"

3) Any claim of "immunity" which the government agents could possibly make is a fraud, because if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under the U.S. Constitution Article 2, Section 4, as well as 18 U.S.C. 241, 242, 42 U.S.C. 1983, 1985, 1986 and state constitutions as well as the Constitution for the United States of America

4) Comes now Antonio-Luis: Freire hereinafter known as Antonio, a Natural Individual as defined by Nevada Revised Statute 0.039, by Special Appearance, for the purpose of settling all Claims and Charges outstanding, and who honorably file this CLAIM FOR DAMAGES in order to set off settle and close this account.

5) Antonio-Luis: Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in testimony and may be known through his written word when such is sworn under oath or affirmed and attested under penalty of perjury.

6) Antonio-Luis: Freire is claiming to be a Persona Propria Sui Juris litigant (Claimant); allegations such as those asserted by Claimant(s), however inartfully decreed, are sufficient… which we hold to less stringent standards than formal pleadings drafted by lawyers. Haines –vs.- Kerner, 404 U.S. 519 (Reversed & Remanded), and Woods –vs.- Carey, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see Kay – vs.- Ehrler, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).

7) This is a self-executing contract. Notice to the principal is notice to the agent, notice to the agent is notice to the principal. You are hereby bound to inform all

of your superiors and subordinates involved in this matter and which may have future interactions with me or my person. If there is something you do not understand clearly, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge or other competent legal counsel to immediately explain the significance of this instrument as per your duties and obligations in respect to this public formal instrument. You have 3, three days from the receipt of this CLAIM FOR DAMAGES to respond on a point by point basis, via sworn Affidavit, under full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response and a complete nullity. If an extension of time is needed to properly answer, please request such in writing. Failure to respond will be deemed Nihil Dicit Tacit Acquiescence and constitutes agreement with the facts stated within the attached CLAIM FOR DAMAGES and as an acceptance of liability. Traitors, Protestants, Liberals and Heretics take heed for I oppose your causes for I am a dignitary to assist the injured off of the battlefield. I am a non-combatant and a man of peace. I am one of the protected People and all agents of government are hereby assigned the title of fiduciary to me as such it is your and their duty to protect me as a high priority. I am a man of good will.

8) The first thing I wish to make known is this process should have been done several years ago. It should be simple, I was arrested, the police did not follow due process, the case(s) should have been dismissed. Then I should have been able to go to a court of common law and sued he police for false arrest and we would have settled. Instead, the courts and America and the United States have been corrupted and I am left as a slave on American soil without any rights to my own body and person, which the "government" acts as if I have no rights. Look at my arrest record. How many times have I been arrested prior to conviction without Affidavit in Support of Warrant and a Bonafide Warrant? Yet on each of those times the Clark County Detention Center has taken me in against my will, without my consent. The Office of the District Attorney has continued to maliciously prosecute me with malice and forethought and deliberate indifference. Even when they "dismissed" the charges, many times they held me for up to a year, during which time they could bring back charges and prosecute me at a later date. Though I may not have been physically in jail, I was certainly less than free. The judges, who were entrusted to protect my rights sat back and did nothing of the sort. Those judges saw the docket. They knew these dockets were lacking the required paperwork and yet they did nothing. Our entire legal system is corrupt. Law enforcement, lawyers and judges know the laws they enforce are only meant to be enforced against government agents, not the people, yet they continue to oppress the people through fraudulent enforcement of such laws without an injured party.

9) I am an American National in accordance with Title 8 Section 1101 (21). In have never been a U.S. citizen. How can I be a citizen of a corporation? It has all been a lie and all one has to do is look at the Federal Law which defines what

the United States is; Title 28 Section 3002 (15), (a). I have relinquished my U.S. citizenship. I placed the Las Vegas Metropolitan Police Department and the Office of the District Attorney on legal notice of this several years ago.

10) It took me more than 7 years of continually working with a group of friends, every week learning more and drilling and practicing and still the police continue the cycle of enslavement, arresting me prior to conviction, taking me to jail instead of directly to a magistrate, and the system continues to prosecute me as long as they can, leaving me as nothing more than a slave. I hope the dollar amount is so massive that the collective corporations crumble and dissolve and all of their employees either go to prison or at least go broke. They have literally ruined my life without authority.

11) I have seen evidence that the Judiciary of this Lloyd D. George Federal Courthouse located at 333 Las Vegas Blvd. South Las Vegas, NV 89101 has issued illegal orders, unlawfully dismissing cases. Specifically the Judges, Magistrates and such titles acting as agents of the George D. Lloyd Courthouse have conspired with the Clerk(s) of the Court and others to deprive people of their right to be heard in violation of their Oath of Office, Employment Contract and multiple Federal and State Laws. In each and every case the Judge/ Magistrate and other such title did not sign the ORDER in ink, but rather electronically signed such documents. In most cases the Clerk of the Court did not initial such document but again electronically authenticated such. There was always the incorrect Seal of the Court. The seals presented were stamped and did not permeate the paper, the seals were in black ink instead of blue or purple ink and finally the seals were in all upper case lettering, instead of the required upper and lower case lettering.

12) I support Point #11 with the following cases, all of which were illegally dismissed and such is provable by each ORDER dismissing the case, which do not adhere to the requirements of Federal Laws. 2: 18-cv-000952-JAD-VCF (SAMUEL JOSEPH GIZZIE vs. LAS VEGAS METROPOLITAN POLICE DEPARTMENT), 2:16-cv-02693-JCM-CWH (RICHARD DALEY vs. CVS PHARMACY INC.), No. 2:17-cv-01623-APG-PAL (PHILLIP ALEXANDER who sued FARMERS INSURANCE. PHILLIP ALEXANDER V. PAUL BROWN FARMERS INSURANCE), 2: 17-cv-1560-JAD-CWH (DAVID FRAHN vs. DAVID LEE PHILLIPS Et Al), 2:16-cv-02435-RFB-VCF (Jackson Brown vs. THE STATE OF NEVADA Et Al), 2:17-cv-01630-APG-PAL (Cecille Clement vs. PETER LIK GALLERIES).

13) I have been arrested by agents of the Las Vegas Metropolitan Police Department (hereinafter known as the LVMPD) more than 20 (TWENTY) times. I have a true, correct and authentic arrest report which I obtained from agents of the LVMPD which prove such is true.

14) I demanded the Sheriff Joseph Lombardo present me with the Affidavit in support of Warrant and a Bonafide Warrant for my arrest for each of these arrests. I have exhausted remedy and allowed agents of the LVMPD due process of law to prove the arrests were constitutional and lawful. The Sheriff

4

and agents of the LVMPD went silent, ignored my requests or could not produce such documentation.

15) This false arrest report (not supported with Affidavit nor Warrant) has cost me housing, jobs and who knows how many other opportunities.

16) When it is proven, during an Evidentiary Hearing that an arrest was made without proper lawful paperwork (Affidavit in Support of Warrant and Bonafide Warrant for my arrest) each and every incident listed on the LVMPD arrest report shall be treated as Kidnapping in violation of Title 18 Section 1201, Bank Fraud in violation of Title 18 Section 1344 and /or Securities Fraud in violation of Title 18 Section 1348 and also in violation of State and Federal Laws as well as the State and Federal Constitution (The Constitution of the State of Nevada and The Constitution of the United States).

17) When it is proven, during an Evidentiary Hearing that an arrest was made without proper lawful paperwork (Affidavit in Support of Warrant and Bonafide Warrant for my arrest) then all agents of the LVMPD in conspiracy shall be fined $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) U.S.D. per count per agent in accordance with Title 18 Section 3571 Sentence of Fine.

18) Once it is proven that an arrest was made without the aforementioned proper lawful paperwork, agents of the Clark County Detention Center (hereinafter known as CCDC) shall be charged with Kidnapping in violation of Title 18 Section 1201, Bank Fraud in violation of Title 18 Section 1344 and /or Securities Fraud in violation of Title 18 Section 1348 and also in violation of State and Federal Laws as well as the State and Federal Constitution (The Constitution of the State of Nevada and The Constitution of the United States) therefore, they too shall be fined $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) U.S.D. per count per agent in accordance with Title 18 Section 3571 Sentence of Fine.

19) Once it is proven that an arrest was made without the aforementioned proper lawful paperwork, agents of the Regional Justice Center (hereinafter known as the RJC) shall be charged with malicious prosecution and conspiracy and due to the fact they continued to prosecute a case without the proper lawful paperwork, they too shall be charged with Kidnapping in violation of Title 18 Section 1201, Bank Fraud in violation of Title 18 Section 1344 and /or Securities Fraud in violation of Title 18 Section 1348 and also in violation of State and Federal Laws as well as the State and Federal Constitution (The Constitution of the State of Nevada and The Constitution of the United States) therefore, they too shall be fined $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) U.S.D. per count per agent in accordance with Title 18 Section 3571 Sentence of Fine.

20) Once it is proven that an arrest was made without the aforementioned proper lawful paperwork, agents of the Office of the District Attorney (hereinafter known as the ODA) shall be charged with malicious prosecution and conspiracy and due to the fact they continued to prosecute a case without the proper lawful paperwork, they too shall be charged with Kidnapping in violation of Title 18

Section 1201, Bank Fraud in violation of Title 18 Section 1344 and /or Securities Fraud in violation of Title 18 Section 1348 and also in violation of State and Federal Laws as well as the State and Federal Constitution (The Constitution of the State of Nevada and The Constitution of the United States) therefore, they too shall be fined $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) U.S.D. per count per agent in accordance with Title 18 Section 3571 Sentence of Fine.

21) Once it is proven that multiple predicate acts exist the Sentence of Fine shall be tripled in accordance with Racketeer Influenced and Corrupt Organizations Act (hereinafter known as RICO) all fines shall be tripled in accordance with said Act for each and every agent found to be in conspiracy.

22) Another reason I listed the RJC and CCDC as Defendants is the multiple arrests for Obstructive Uses of Public Sidewalks in violation of Clark County Code 16.11 (inclusive). In 1998 and in 2006 The Superior Courts (9th Circuit and U.S. Supreme Court) heard 3 relevant cases in which it was decided that law was overbroad and unconstitutional. Because of those cases the agents of CCDC and the agents of the RJC should have refused or dismissed all such cases with prejudice or risk being held in contempt of Federal Court. It was their duty to obey the decision of the superior courts (9th Circuit and Supreme).

    a. S.O.C., INC.; RICHARD SORRANO, HISSLBORO ENTERPRISES, INC., Plaintiffs- Appellants, and AMERICAN CIVIL LIBERTIES UNION, Interviewer-Appellant, v. COUNTY OF CLARK; LAS VEGAS METROPOLITAN POLICE DEPARTMENT 491 US 781, 791 (1998). states:

    b. INC v. COUNTY OF CLARK S.O.C., INC.; Richard Soranno; Hillsboro Enterprises, Inc., Plaintiffs-Appellants, American Civil Liberties Union, Intervener-Appellant, v. COUNTY OF CLARK; Las Vegas Metro Police Department; Lorraine Hunt; Myrna Williams; Erin Kenney; Bruce Woodbury; Yvonne Atkinson Gates; Lance Malone; Mary Kincaid; Mirage Casino-Hotel, Defendants-Appellees, Nevada Resort Association; Flamingo Hilton Corporation; The Mirage Casino-Hotel; Circus Circus Enterprises,

    c. Inc.; Las Vegas Convention and Visitors Authority, Interveners-Appellees. No. 97-15912. Argued and Submitted May 11, 1998. -- August 14, 1998 and/ or **ACLU OF Nevada v. City of Las Vegas 466 F.3rd 784 (2006).** 798 (citing Carey v. Brown, 447 U.S. 455, 461-62 (1980); Perry v. Los Angeles Police Dep't, 121 F.3d 1365,1368 (9th Cir. 1997». 52 ACLU of Nev. v. City of Las Vegas, 466 F.3d 784, 798 (9th Cir. 2006).

23) Notice I am not charging per violation of Federal Law. I believe each false arrest is a violation of no less than 15 Federal Laws. The monies I seek as damages is for each agent from each department (LVMPD, ODA, RJC and CCDC), for each time he or she falsely arrested me, multiplied by 3 (THREE) for R.I.C.O. violations and in accordance with Pacific Mutual Life Insurance Company vs. Cleopatra Haslip 499 U.S. 1, multiplied by an additional 4 (FOUR) times for

compensatory damages and multiplied an additional 200 (TWO HUNDRED) for punitive damages. It is a Maxim of Law Minima paena corporalis est major qualibet pecuniari . The smallest bodily punishment is greater than any pecuniary one. 2 Inst. 220.

24) I am not claiming your agents broke laws with this document, though I hope criminal charges are levied against each of you, I am hereby claiming that each officer violated his oath of office and employment contract by arresting me and my person without authority and under conditions which amount to fraud and deceptive trade practices which therefore left me an injured and aggrieved party entitled to damages as set forth previously.

25) Due to the allegations listed above CLAIMANT seeks a Temporary Injunction against agents of the OVMPD, ODA, RJC and CCDC until such time as these allegations are proven in a court of law and then a Permanent Injunction against all agents of law enforcement unless there is a true proper grand jury indictment which produces a Bonafide Warrant for the arrest of my person. This amounts to Diplomatic Immunity.

26) I wish my arrest record be corrected to show only those arrests, which had the proper Affidavit in Support of Warrant and Bonafide Warrant for my arrest. On all arrests which do not have such I wish for remedy as though they never happened. This includes taking my good name off any and all lists, which the government agents may have sold the aforementioned information to.

27) I hereby DEMAND that agents of the LVMPD, ODA, RJC and CCDC forevermore CEASE AND DESIST ALL UNLAWFUL ACTIONS AGAINST ME AND MY PERSON.

28) In accordance with Platsky vs. CIA United States Court of Appeals, Second Circuit Nov 24, 1991, 1953 F.2d 26 (2d Cir. 1991).  Reversing district court for dismissing pro se complaint for lack of standing without explaining formalities of pleading and affording pro se plaintiff an opportunity to replead.  I demand the Clerk of the Court and Judiciary assist me with paperwork as my fiduciary, as needed to verify my identity and legal and lawful status so I may enjoy the true highest status of my understanding as an American National, Secured Party Creditor.

29) VOID WHERE PROHIBITED BY LAW.

Honorably entered into the Court Record by:

*Antonio-Luis Freire*     *28 January 2022*

Antonio-Luis: Freire
2853 Wheelwright Drive Apartment A
Las Vegas, Nevada [89121]
(702) 613-8612